# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **Troy John Rittenhouse**    No. **08mj1615**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **5-27-08** and ended on _____ ; ( )
and ended on **6-2-08** . ( )

**3161(h)**

___ (1)(A) Exam or hrg for **mental or physical incapacity**

___ (1)(B) **NARA exam**ination (28:2902)

___ (1)(D) State or Federal trials or **other charges pending**

___ (1)(E) **Interlocutory appeals**

___ (1)(F) **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(G) **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(J) **Proceedings under advisement** not to exceed thirty days

___ Misc proc: Parole or prob rev, deportation, **extradition**

___ (1)(H) **Transportation** from another district or to/from examination or hospitalization in ten days or less

___ (1)(I) Consideration by Court of **proposed plea agreement**

___ (2) **Prosecution deferred** by mutual agreement

**X** (3)(A)(B) **Unavailability of defendant** or **essential witness**

___ (4) Period of **mental or physical incompetence** of defendant to stand trial

___ (5) Period of **NARA commitment or treatment**

___ (6) **Superseding indictment and/or new charges**

___ (7) **Defendant awaiting trial of co-defendant** when no severance has been granted

___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

___ (8)(B)(i) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**

2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii) 2) **Case** unusual or **complex**

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**

___ 3161(I) Time up to **withdrawal of guilty plea**

___ 3161(b) **Grand jury indictment time extended** thirty (30) more days

Date **5-27-08**    _____ Judge's Initials