FILED

08 JUN 11 PM 3:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EG DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TROY JOHN RITTENHOUSE, Defendant. | Criminal Case No. '08 CR 1919 IEG |
| | <u>I N D I C T M E N T</u> |
| | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |

The grand jury charges:

<u>Count 1</u>

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Vaca-Soto, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CPH:nlv:San Diego
6/9/08

Count 2

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Vaca-Soto, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 3

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Araceli Julian-Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

Count 4

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Araceli Julian-Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 5

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josefina Perez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

Count 6

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josefina Perez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 7

On or about May 22, 2008, within the Southern District of California, defendant TROY JOHN RITTENHOUSE, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Jerome Robert Domane, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: June 11, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney