KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant United States Attorney
California State Bar No. 250301
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-5220

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
AUG 1 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08CR1919-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| TROY JOHN RITTENHOUSE, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States Attorney, and defendant Troy John Rittenhouse, by and through and with the advice and consent of defense counsel, Antonio Yoon, that:

1. Defendant has knowingly, intelligently, and voluntarily entered into this stipulation and agrees to participate in a full and complete inquiry by the Court to confirm that it has been entered into knowingly, intelligently, and voluntarily.

2. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **July 31, 2008**.

CPH:8/13/08

3. The material witnesses, Martin Vaca-Soto, Araceli Julian-Estrada, and Josefina Perez-Garcia, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about May 22, 2008;

    c. Were found in a vehicle driven by the defendant, Troy John Rittenhouse, at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying an unknown amount up to $3,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Troy John Rittenhouse      2      08CR1919-IEG

1  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
2  further that defendant has discussed the terms of this stipulation and joint motion with defense
3  counsel and fully understands its meaning and effect.
4       Based on the foregoing, the parties jointly move the stipulation into evidence and for the
5  immediate release and remand of the above-named material witness(es) to the Department of
6  Homeland Security for return to their country of origin.
7       It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 8/14/08

CAROLINE P. HAN
Assistant United States Attorney

Dated: 8/14/08

ANTONIO YOON
Defense Counsel for Troy John Rittenhouse

Dated: 8/14/08

TROY JOHN RITTENHOUSE
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Troy John Rittenhouse     3      08CR1919-IEG

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 8/14/08

_____
United States Magistrate Judge